HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN EDWARD CARTER, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF THE ARMY BOARD FOR THE CORRECTION OF MILITARY RECORDS, <br><br> Defendant. | Case No. C08-5459RBL <br><br> ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion for Default Judgment [Dkt. #4]. Having considered the entirety of the records and file herein, it is hereby,

**ORDERED** that plaintiff's motion is **DENIED**. A review of the record indicates that plaintiff has not properly served the United States under Fed. R. Civ. P. 4(i)(1)(A).

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 31st day of December, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1